**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Rodolfo Lopez SOTO, a.k.a. Francisco Carmelo Adames-Cruz, a.k.a. Rodolfo Lopez-Soto, Defendant-Appellant.**

No. 16-10277

United States Court of Appeals, Ninth Circuit.

Submitted May 31, 2017 *

Filed June 02, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Two Renaissance Square, Phoenix, AZ, for Plaintiff-Appellee

David Eisenberg, I, Esquire, Attorney, David Eisenberg, PLC, Phoenix, AZ, for Defendant-Appellant

Rodolfo Lopez Soto, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Rodolfo Lopez Soto appeals from the district court's judgment and challenges his 37-month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Soto's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Soto has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.